WALTER W. BECKER v. CHARLES L. McCABE and ETHEL G. McCABE BECKER, Who Was Formerly Ethel G. McCabe.

196 So. 858
En Banc
Opinion Filed June 11, 1940
'Rehearing Denied July 8, 1940

*Ray Selden,* for Petitioner;
*William W. Judge,* for Respondents.

PER CURIAM.—This is an attempt by Certiorari under Rule 34 of the Rules of this Court to review an interlocutory decree of the Circuit Court of Volusia County striking certain portions of a bill of complaint attacking a final decree of divorce. The record and the briefs have been examined and we find no ground sufficient to reverse the

decree below. The writ of certiorari is therefore denied and· the judgment of the Chancellor affirmed.

Affirmed.

TERRELL, C. J., and WHITFIELD, BROWN, CHAPMAN and THOMAS, J. J., concur.

BUFORD, J., dissents.